# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2006

132409

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHIGAN REPUBLICAN PARTY,
and JAIME SAUCEDO,
      Plaintiffs,

v

SC: 132409

SECRETARY OF STATE, in Her
Official Capacity, and MICHIGAN
DEMOCRATIC PARTY,
      Defendants.
_____/

      This Court, having received the November 7, 2006 findings of the Chief Judge of the Wayne Circuit Court and being otherwise advised in the premises, hereby directs that court to proceed in its discretion.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2006

_____
Clerk